UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ROST,

Plaintiff,

-against-

LIBERTY COCA-COLA,

Defendant.

Index No. 7:20-cv-10559-VB

3/30/23

## STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that the above-captioned action is dismissed *with prejudice* pursuant to the Federal Rules of Civil Procedure, and without costs, disbursements or attorneys' fees to any party.

**IT IS FURTHER STIPULATED AND AGREED** that facsimile and electronic copies of the signatures on this Stipulation may be treated as originals.

SUSSMAN & ASSOCIATES

By: _____
Michael H. Sussman
PO BOX 1005
1 Railroad Avenue, Suite 3
Goshen, NY 10924

*Attorneys for Plaintiff*

Dated: _____, 2023

LITTLER MENDELSON, P.C.

By: _____
Marcy A. Gilroy
1085 Raymond Boulevard, 8th Floor
Newark, New Jersey 07102

*Attorneys for Defendant*

Dated: March 28, 2023

So ordered:
VB — USDJ
3/30/2023

4